Matt Valenti, Esq. (State Bar No. 253978)
VALENTI LAW APC
10174 Austin Drive #1116
Spring Valley, CA
Phone: (619) 540-2189
E-mail: mattvalenti@valentilawapc.com

Attorney for Plaintiff Raul Uriarte-Limon

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON <br><br> Plaintiff, <br><br> vs. <br><br> LA ESQUINA MEXICAN GRILL SD LLC; NATHAN CULVER; AND DOES 1-10, <br><br> Defendants. | Case No.: 3:25-cv-02771-CAB-MMP <br><br> JOINT MOTION and STIPULATION TO DISMISS PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii) |

JOINT MOTION AND STIPULATION TO DISMISS - 1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Raul Uriarte-Limon and Defendants, La Esquina Mexican Grill SD LLC, and Nathan Culver hereby stipulate and jointly request that this Court enter a dismissal with prejudice of the above-entitled action in its entirety. Each party shall bear his or its own costs, experts' fees, and attorneys' expenses. The case has settled.

DATED:  February 10, 2026                    VALENTI LAW APC


By:  */s/ Matt Valenti*
    Matt Valenti, Esq.
    Attorney for Plaintiff
    Raul Uriarte-Limon


DATED:  February 10, 2026                    CATE LEGAL GROUP


By:  */s/ Allan Cate*
    Allan Cate, Esq.
    Attorney for Defendants
    La Esquina Mexican Grill SD
    LLC, and Nathan Culver

JOINT MOTION AND STIPULATION TO DISMISS - 2

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this joint motion is submitted, concur in the filing's content and have authorized the filing.

DATED:  February 10, 2026                VALENTI LAW APC


By:  */s/ Matt Valenti*
    Matt Valenti, Esq.
    Attorney for Plaintiff
    Raul Uriarte-Limon