UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RAUL URIARTE-LIMON,

Plaintiff,

v.

LA ESQUINA MEXICAN GRILL SD LLC, NATHAN CULVER, AND DOES 1–10,

Defendants.

Case No.:  3:25-cv-02771-CAB-MMP

**ORDER GRANTING MOTION TO DISMISS**

[Doc. No. 11]

Plaintiff Raul Uriarte-Limon and Defendants La Esquina Mexican Grill SD LLC and Nathan Culver have jointly moved to dismiss this case.  [Doc. No. 11.]  Good cause appearing, the Court finds and **ORDERS** as follows:

1. The Court grants the parties' joint motion to dismiss and dismisses this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Each party shall bear their own attorney fees and costs in connection with the dismissal of this case other than as provided for in the settlement agreement.

///

1

3.  The Clerk of the Court is directed to close the case.

It is **SO ORDERED**.

Dated:  February 11, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge